**Fill in this information to identify the case:**

Debtor 1 _____Margaret Ann Nash_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Western_____ District of __Missouri_____
                                                                                          (State)

Case number _____17-50087-can13_____

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")      **Court claim no**. (if known): _____5-1_____

**Last 4 digits** of any number you use to identify the debtor's account:      9   3   4   6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒  No

☐  Yes.  Date of the last notice: _____/_____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 07/17/2017 | (5) | $ 325.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | _____ | (10) | $ _____ |
| 11. Other.  Specify:__Plan Review_____ | 04/27/2017 | (11) | $ 325.00 |
| 12. Other.  Specify:_____ | _____ | (12) | $ _____ |
| 13. Other.  Specify:_____ | _____ | (13) | $ _____ |
| 14. Other.  Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 ___Margaret Ann Nash_____          Case number (*if known*)___17-50087-can13_____
         First Name    Middle Name        Last Name

---

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Joseph Esry_____          Date ___07/ 27 / 2017___
   Signature

Print:   Joseph Esry_____          Title ___Attorney for Creditor___
         First Name        Middle Name      Last Name

Company   Kozeny & McCubbin, LC_____

Address   12400 Olive Blvd., Suite 555_____
          Number          Street
          St. Louis, MO 63141_____
          City                State    ZIP Code

Contact phone  ( 314  ) 991 – 0255_____          Email ___wdmo@km-law.com___

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

In Re

**Margaret Ann Nash,**
                Debtor.                                     **Case No: 17-50087-can13**

                                                            **Chapter 13**

**Seterus, Inc., as authorized**
**subservicer for Federal National**
**Mortgage Association ("Fannie Mae"),**                     **CERTIFICATE OF SERVICE**
its successors and assigns,
                Movant.

v.

**Margaret Ann Nash,**
                Debtor,                                     **Kozeny & McCubbin, L.C.**
                                                            **12400 Olive Blvd., Suite 555**
and                                                         **St. Louis, MO 63141**
                                                            **wdmo@km-law.com**
**Richard Fink,** Trustee,
                Respondents.


## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy of the Notice of Postpetition

Mortgage Fees, Expenses, and Charges and a copy of this pleading were served

by U.S. First Class Mail the 27th day of July, 2017 to the parties listed below:

Margaret Ann Nash
Debtor
3210 Normandy Rd
Saint Joseph, MO 64505

Noah J. Briles
Attorney for Debtor
918 Francis St.
St. Joseph, MO 64501


∗KM11482040KM∗

Richard Fink
Trustee
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

U.S. Trustee
Office of the U.S. Trustee
400 E. 9th St. Room 3440
Kansas City, MO 64106

Respectfully submitted,

/s/H. Joseph Esry
Jonathon B. Burford, #59337
H. Joseph Esry, #66708
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
wdmo@km-law.com

∗KM11482040KM∗