**Fill in this information to identify the case:**

Debtor 1  Margaret Ann Nash

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Missouri

Case number  17-50087-btf13

Official Form 410S1
# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account:  9 3 4 6

**Date of payment change:**
Must be at least 21 days after date of this notice   05/01/2018

**New total payment:**   $ 682.47
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 353.82        New escrow payment: $ 386.48

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

       Reason for change: _____

       Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1                     Notice of Mortgage Payment Change                     page 1

| Debtor 1 | Margaret Ann Nash | Case number (if known) 17-50087-btf13 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Dustin Stiles
Signature

Date 03/20/2018

Print: Dustin Stiles
First Name    Middle Name    Last Name

Title Attorney for Creditor

Company: Kozeny and McCubbin, L.C.

Address: 12400 Olive Blvd., Ste. 555
Number    Street

St. Louis            MO    63141
City                State    ZIP Code

Contact phone (314) 991-0255

Email wdmo@km-law.com

---

**"To the extent any prior interest rate adjustments under the terms of the loan documents or prior escrow adjustments were not noticed in this Court pursuant to Bankruptcy Rule 3002.1 after December 1, 2011 or the Petition Date (whichever is later), Seterus, Inc will refund or credit the debtor, as appropriate, to give the debtor the benefit of any lower payment amount as provided under the loan documents, escrow analysis, or a notice previously filed with this Court pursuant to Bankruptcy Rule 3002.1. This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.


**seterus**™
PO Box 1077
Hartford, CT 06143-1077

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

MARGARET A NASH
c/o NOAH J. BRILES
918 FRANCIS ST
SAINT JOSEPH MO  64501-1901

## ESCROW ACCOUNT STATEMENT

Analysis Date: 03/12/18
Loan Number:

| | Current Payment | New Payment Effective 05/01/18 |
|---|---|---|
| Principal and Interest | $295.99 | Principal and Interest* $295.99 |
| Escrow | $353.82 | Escrow $368.34 |
| | | Escrow Shortage or Deficiency $18.14 |
| Total Current Payment | $649.81 | Total NEW Payment* $682.47 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on March 2, 2017. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

### ANTICIPATED DISBURSEMENTS
May 2018 to April 2019

| | |
|---|---|
| COUNTY | $617.13 |
| HAZARD INS | $3,802.87 |
| **Total Disbursements** | **$4,420.00** |

Bankruptcy File Date: March 2, 2017

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date: $1,845.19

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $957.92- |
| Post Petition Beg Bal* | | | | $887.27 |
| 05/01/2018 | 368.34 | 0.00 | | 1,255.61 |
| 06/01/2018 | 368.34 | 0.00 | | 1,623.95 |
| 07/01/2018 | 368.34 | 0.00 | | 1,992.29 |
| 08/01/2018 | 368.34 | 0.00 | | 2,360.63 |
| 09/01/2018 | 368.34 | 0.00 | | 2,728.97 |
| 10/01/2018 | 368.34 | 0.00 | | 3,097.31 |
| 11/01/2018 | 368.34 | 0.00 | | 3,465.65 |
| 12/01/2018 | 368.34 | 617.13- | COUNTY | 3,216.86 |
| 01/01/2019 | 368.34 | 0.00 | | 3,585.20 |
| 02/01/2019 | 368.34 | 0.00 | | 3,953.54 |
| 03/01/2019 | 368.34 | 3,802.87- | HAZARD INS | 519.01 |
| 04/01/2019 | 368.34 | 0.00 | | 887.35 |
| **Total** | **$4,420.08** | **$4,420.00-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $736.68, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $519.01.

The escrow account has a pre-petition and post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment. The projected beginning balance of your escrow account is $887.27. Your required beginning balance according to this analysis should be $1104.94. This means you have a post-petition shortage and/or deficiency of $217.67. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $736.68.

# ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from May 2017 to April 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $1,061.43 | $3,659.90- |
| Date | | | | | | | |
| 05/01/17 | 353.82 | 0.00* | 0.00 | 0.00 | | 1,415.25 | 3,659.90- |
| 06/01/17 | 353.82 | 0.00* | 0.00 | 0.00 | | 1,769.07 | 3,659.90- |
| 07/01/17 | 353.82 | 0.00* | 0.00 | 0.00 | | 2,122.89 | 3,659.90- |
| 08/01/17 | 353.82 | 1,411.20* | 0.00 | 0.00 | | 2,476.71 | 2,248.70- |
| 09/01/17 | 353.82 | 352.80* | 0.00 | 0.00 | | 2,830.53 | 1,895.90- |
| 10/01/17 | 353.82 | 0.00* | 0.00 | 0.00 | | 3,184.35 | 1,895.90- |
| 11/01/17 | 353.82 | 352.80* | 0.00 | 617.13-* | COUNTY | 3,538.17 | 2,160.23- |
| 12/01/17 | 353.82 | 352.80* | 616.03- | 0.00* | COUNTY | 3,275.96 | 1,807.43- |
| 01/01/18 | 353.82 | 0.00* | 0.00 | 0.00 | | 3,629.78 | 1,807.43- |
| 02/01/18 | 353.82 | 406.54* | 0.00 | 3,802.87-* | HAZARD INS | 3,983.60 | 5,203.76- |
| 03/01/18 | 353.82 | 3,892.02* | 3,629.78- | 0.00* | HAZARD INS | 707.64 | 1,311.74- |
| 04/01/18 | 353.82 | 0.00 | 0.00 | 0.00 | | 1,061.46 | 1,311.74- |
| Total | $4,245.84 | $6,768.16 | $4,245.81- | $4,420.00- | | | |

\* indicates a difference from a previous estimate either in the date or the amount.
\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

In Re

**Margaret Ann Nash,**
       Debtor.

**Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and assigns,**
       Movant.

v.

**Margaret Ann Nash,**
       Debtor,

and

**Richard Fink,** Trustee,
       Respondents.

**Case No: 17-50087-can13**

**Chapter 13**

**CERTIFICATE OF SERVICE**

**Kozeny & McCubbin, L.C.**
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
wdmo@km-law.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Mortgage Payment Change and a copy of this pleading were served electronically via CM/ECF the 20th day of March, 2018 to the parties listed below:

Noah J. Briles
Attorney for Debtor
918 Francis St.
St. Joseph, MO 64501

Richard Fink
Trustee
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663



Office of the US Trustee
U.S. Trustee
400 E. 9th St. Room 3440
Kansas City, MO 64106

And delivered via regular U.S. Mail on March 20, 2018 to:

Margaret Ann Nash
Debtor
3210 Normandy Rd
Saint Joseph, MO 64505

                        Respectfully submitted,

                        /s/Dustin Stiles
                        Jonathon B. Burford, #59337
                        Dustin Stiles, #63272
                        Attorneys for Movant
                        12400 Olive Blvd., Suite 555
                        St. Louis, MO 63141
                        Phone: (314) 991-0255
                        Fax:  (314) 567-8019
                        wdmo@km-law.com

